IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 19 C 0092 |
| PORTER BROTHERS ASPHALT & SEALING, INC., an Illinois corporation, | ) ) ) | JUDGE ELAINE E. BUCKLO |
| Defendant. | ) ) | |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against

Defendant, PORTER BROTHERS ASPHALT & SEALING, INC., an Illinois corporation, in the

total amount of $23,973.66, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount

of $1,713.50.

On January 11, 2019, the Summons and Complaint was served on the Registered Agent by

tendering a copy of said documents to him personally at his place of business (a copy of the

Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on

February 1, 2019. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully

request entry of default and judgment.

/s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL   60606-5231
Bar No.: 6288574
Telephone:  (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 20th day of March 2019:

> Mr. Trent L. Bush, Registered Agent
> Porter Brothers Asphalt & Sealing, Inc.
> Ward Murray Pace & Johnson, P.C.
> 202 E. Fifth Street
> PO Box 400
> Sterling, IL   61081
>
> Mr. Matthew Porter, President
> Porter Brothers Asphalt & Sealing, Inc.
> 1106 Industrial Park Road
> Rock Falls, IL   61071-3162

/s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\CLJ\Porter Brothers\motion for default and judgment.cms.df.wpd